UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SMARTDESKS, INC. *et al.*, § | |
| § | CIVIL ACTION NO. **MJG-05-3456** |
| Plaintiffs § | |
| § | |
| v.    § | |
| § | |
| CBT SUPPLY, INC. *et al.*, § | |
| § | |
| Defendants § | |

## ORDER

In consideration of the Plaintiffs' Motion In Limine To Exclude Attorney-Client Privileged Communications And Related Derived "Evidence" and opposition thereto, and for good cause shown, it is this ____ day of _____, 2006, by the United States District Court for the District of Maryland,

ORDERED, that the Plaintiffs' Motion In Limine To Exclude Attorney-Client Privileged Communications is GRANTED, and it is further

ORDERED, that the December 21, 2005 email be excluded as evidence, and it is further

ORDERED, that Defendant, Jeffrey Korber, be compelled to testify under oath as to all facts known to him or CBT Supply, Inc. or communicated to their agents related to the receipt and usage of the December 21, 2005 email, and it is further

ORDERED, that all evidence derived from the December 21, 2005 email be excluded as evidence, and it is further

ORDERED, that counts I, II, III and V of the Defendants' Amended Counterclaim be dismissed with prejudice.

2

                                                                                                   _____
                                                                                                   MARVIN J. GARBIS
                                                                                                    UNITED STATES DISTRICT JUDGE