IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SMARTDESKS, INC., et al.           *

       Plaintiffs           *

         vs.                  *    CIVIL ACTION NO. MJG-05-3456

CBT SUPPLY, INC., et al.           *

       Defendants            *

\*      \*      \*      \*      \*      \*      \*      \*      \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiffs' Motion in Limine to Exclude Attorney-client Privileged Communications and Related Derived "Evidence" [Paper 46] and the materials submitted relating thereto.  The Court finds that neither a response nor a hearing is necessary.

Plaintiff contends that the Defendants (and/or counsel) have improperly obtained and/or utilized materials that are and were subject to Plaintiffs' attorney-client privilege.  They seek, at the present stage, an Order that would exclude from evidence any materials obtained in violation of Plaintiffs' privilege and anything derived therefrom.

A free standing motion to suppress evidence can have utility in a criminal case and perhaps in some civil cases as well. However, in the instant case it will be necessary to await a specific context in order to ascertain whether there is

particular evidence proffered by Defendants that cannot be

admitted for a particular purpose.

Accordingly:

1.    Plaintiffs' Motion in Limine to Exclude Attorney-
      client Privileged Communications and Related
      Derived "Evidence" [Paper 46] is DENIED.

2.    This action is without prejudice to Plaintiffs'
      ability to object to specific evidence in a
      specific context on any reasonably debatable
      ground.


SO ORDERED, on <u>Wednesday, May 31, 2006</u>.


                                  _____/ s /_____
                                    Marvin J. Garbis
                               United States District Judge

2