```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

**SMARTDESKS, INC., ET AL.**         \*

   **V.**                                 \*   CIVIL NO. MJG-05-3456

**CBT SUPPLY, INC., ET AL.**          \*

<u>**O R D E R**</u>

The Court held a telephonic hearing on August 30, 2007 to address issues arising from Plaintiffs' Motion to Enlarge Scheduling Order Re: Expert Witness Disclosures (Docket No. 209) and Defendants' Motion for Order on ESI Discovery Issues and Depositions (Docket No. 215).

The Court hereby ORDERS THAT:

1. Plaintiffs shall submit to the Court by September 4, 2007:

    a.  All documents showing that Plaintiffs have continuously requested that Defendants provide all financial data in native format and applications, with all metadata intact.

    b.  An affidavit from Plaintiffs' financial expert, Edward Donahue, demonstrating specifically:

        I.  <u>what</u> documents Plaintiffs need in native format and applications, with all metadata intact, and

        ii. <u>why</u> Plaintiffs have a <u>particularized need</u> for these documents in native format and applications, with all metadata intact.

2. Plaintiffs shall provide to Defendants by September 4, 2007

      a copy of Peter Stengel's Workspaces-Resources website from 1996 in native format and with preserved metadata.

3. Defendants shall submit to the Court by September 5, 2007, any response to Plaintiffs' September 4, 2007 submissions.

4. The parties will meet and confer regarding remaining ESI issues on September 5, 2007. The parties will inform this Court of the results of this meeting by September 10, 2007. It is so ORDERED this __31st__ day of August, 2007.

                                          /s/
                                    Susan K. Gauvey
                                    United States Magistrate Judge